UNITED STATES of America,
Plaintiff–Appellee,

v.

Claudio JIMENEZ–MARTINEZ, also
known as Juan Carlos Pineda–Cas-
tregon, Defendant–Appellant.

No. 06–40390
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Federal Public Defender's Office
Southern District of Texas, Houston, TX,
for Defendant–Appellant.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Claudio Jimenez–Martinez raises ar-
guments that are foreclosed by *Almenda-
rez–Torres v. United States*, 523 U.S. 224,
235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Govern-
ment's motion for summary affirmance is

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.